IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

VERONICA YANES and DAINIEL YANES ALVAREZ,

CASE NO.:

    Plaintiffs,

v.

NATIONAL SPECIALTY INSURANCE COMPANY,

    Defendant.

_____/

# COMPLAINT

Plaintiffs, VERONICA YANES and DAINIEL YANES ALVAREZ (collectively referred to hereafter as the "Insured"), hereby sue Defendant, NATIONAL SPECIALTY INSURANCE COMPANY (the "Insurance Company"), and allege as follows:

## PARTIES, JURISDICTION AND VENUE

1. This is an action for damages that exceeds Fifteen Thousand and 00/100 Dollars ($15,000.00), exclusive of interest, costs and attorney's fees.

2. The Insured are individuals who at all times material hereto have resided in Miami-Dade County, Florida.

3. The Insurance Company is a Florida corporation qualified to do business in Florida and has, at all times material hereto, been conducting business in Miami-Dade County, Florida.

4. Venue is proper in Miami-Dade County, Florida because the contract, which forms the subject matter of this lawsuit, was executed in Miami-Dade County, Florida.

[3136728/1]